# Exhibit 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROLAND JOSEPH TROSCLAIR, JR., )
)
Plaintiff, )
)
v. )
)
MONSANTO COMPANY, *et al.*, )
)
Defendants. )

## DECLARATION OF KEITH R. ABRAMS

Keith R. Abrams declares:

1. I am an Assistant Secretary for Monsanto Company ("Monsanto"). In that capacity and with access to Monsanto's corporate records and other information regarding Monsanto and its operations, I submit this Declaration in connection with the removal of the above-referenced lawsuit to federal court.

2. I understand that, in the Petition for Damages in the above-referenced lawsuit against Monsanto and other defendants, Plaintiff has named as a defendant "Monsanto Company Manufacturing Facility," a plant located in Luling, Louisiana.

3. There is no separate legal entity called "Monsanto Company Manufacturing Facility." The Luling plant is owned and operated by Monsanto. The plant is not a corporation or a company.

4. Monsanto's Luling plant is not registered to do business in Louisiana and does not have a registered agent in Louisiana.

**Exhibit 3**

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Pittsburgh, Pennsylvania on May 23, 2019

_____
Keith R. Abrams