# Exhibit 5

## 29ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

## STATE OF LOUISIANA

NO.  86,054                                                                                                 DIV.
"D"

### ROLAND JOSEPH TROSCLAIR JR

### VERSUS

### MONSANTO COMPANY; MONSANTO COMPANY MANUFACTURING FACILITY; XL BERMUDA, LTD.; CATLIN INSURANCE SERVICES, INC.; T.H.E. INSURANCE COMPANY; 3M CATTLE COMPANY, LLC; and RANDY JACOBS

DECLARATION OF DANIEL STACKHOUSE

STATE OF PENNSYLVANIA:

COUNTY OF CHESTER:

1.       My name is Daniel Stackhouse.  I am over twenty-one (21) years of age and otherwise competent to provide this Declaration.

2.       I am Associate General Counsel - Americas Claims for AXA XL, a division of AXA. One of my responsibilities is to manage litigation against insurance companies that are direct or indirect subsidiaries of XL America, Inc. and XL Reinsurance America, Inc.

3.       I have access to company records for Catlin Insurance Services, Inc. ("Catlin Insurance Services") and T.H.E. Insurance Company ("T.H.E."), which are separate legal entities currently existing within the corporate structure of XL America, Inc. and XL Reinsurance America, Inc.

1

**Exhibit 5**

4.     In the above-captioned lawsuit, Plaintiff alleges that Catlin Insurance Services and T.H.E. provides or has provided insurance to Monsanto Company and/or Monsanto Company Manufacturing Facility, Luling, Louisiana.

5.     Based on my review of company records, Catlin Insurance Services does not underwrite insurance or issue insurance policies. Catlin Insurance Services is a surplus lines producer.

6.     T.H.E. Insurance Company is a niche-market, U.S.-based admitted insurer that offers property, casualty and professional insurance to clients in the amusement, entertainment and leisure industries.

7.     As Associate General Counsel, I am familiar with the search conducted to determine whether T.H.E. issued any policy of insurance that provided coverage to Monsanto Company or to Monsanto Company Manufacturing Facility, Luling, Louisiana. This search revealed no insurance coverage.

8.     T.H.E. has not issued a policy that insures a manufacturing facility owned by Monsanto Company Manufacturing Facility, Luling, Louisiana.

9.     The information contained herein is based upon my personal knowledge, information and belief, and is true and accurate to the best of my knowledge.


Dated: May 24, 2019.


Daniel Stackhouse

2