# Exhibit 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROLAND JOSEPH TROSCLAIR, JR.,     )
                                   )
              Plaintiff,           )
                                   )
       v.                          )
                                   )
MONSANTO COMPANY, *et al.*,        )
                                   )
              Defendants.          )

## DECLARATION OF RANDY JACOBS

I, Randy Jacobs, declare as follows:

1. I reside at 800 Sugarhouse Road in Luling, Louisiana. I was served at that address with a copy of the Petition for Damages filed by Roland Joseph Trosclair, Jr. against me and other defendants. The statements set forth in this declaration are based on my personal knowledge.

2. I was employed by Monsanto Company ("Monsanto") in various positions at Monsanto's Luling, Louisiana manufacturing plant from 1979 to 2014, when I retired. Since then, I have worked at various times at Monsanto's Luling plant as a contractor.

3. All of my positions and work at the Luling plant involved various aspects of the manufacturing process inside the plant. Although I worked at the Luling plant, I was never employed by the Luling plant.

4. I have never marketed, promoted, advertised, or labeled glyphosate or Roundup®-branded herbicides. I was never responsible for interacting with purchasers or users of Roundup®-branded herbicides and never had any communications with purchasers or users of Roundup®-branded herbicides about those products.

Exhibit 6

5. I was never responsible for providing – and never provided – any warnings about glyphosate or Roundup®-branded herbicides. I had no role or involvement in deciding what warnings or other information were included on Monsanto's labeling for Roundup®-branded herbicides. I have never thought or believed that glyphosate or Roundup®-branded herbicides are defective products or that they create any risk of cancer or other serious injuries.

6. I understand that Mr. Trosclair has filed this lawsuit against me and other defendants, including Monsanto and 3M Cattle, LLC ("3M Cattle"). I do not know Mr. Trosclair and have never spoken to him. I do not know whether he ever used glyphosate or Roundup®-branded herbicides.

7. I have never removed or taken Roundup®-branded herbicides from the Luling plant in improperly labeled, unlabeled, or repurposed containers. I have never provided, supplied, distributed, or sold (or been involved in providing, supplying, distributing, or selling) improperly labeled or unlabeled glyphosate or Roundup®-branded herbicides to Mr. Trosclair, 3M Cattle, or any members of the public. More generally, I have never provided, supplied, distributed, or sold (or been involved in providing, supplying, distributing, or selling) glyphosate or Roundup®-branded herbicides to Mr. Trosclair, 3M Cattle, or any members of the public.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Luling, Louisiana on May 23, 2019

_____
Randy Jacobs