# Exhibit 7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROLAND JOSEPH TROSCLAIR, JR.<br>Plaintiff, | *<br>*<br>* |
| VERSUS | *<br>* |
| MONSANTO COMPANY; MONSANTO COMPANY MANUFACTURING FACILITY; XL BERMUDA, LTD.; CATLIN INSURANCE SERVICES, INC.; T.H.E. INSURANCE COMPANY, 3M CATTLE, LLC; and RANDY JACOBS,<br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * *

## DECLARATION OF COURTNEY MONGRUE

I, Courtney Mongrue, am an operator, officer, and registered agent of 3M Cattle, L.L.C. ("3M Cattle"). I make this declaration on personal knowledge I obtained in that capacity.

1. 3M Cattle is a Louisiana limited liability company with its domicile address in Luling, Louisiana in the parish of St. Charles.

2. 3M Cattle has no paid employees.

3. I have been an operator, officer, and registered agent of 3M Cattle since that company's inception in 2003.

4. 3M Cattle has never received glyphosate products or Roundup®-branded herbicides from Randy Jacobs or any other individual affiliated with Monsanto Company or Monsanto Company's Luling Plant.

5. 3M Cattle has never asked or directed Roland Joseph Trosclair, Jr. to use glyphosate products or Roundup®-branded herbicides.

6. Although 3M Cattle provided Mr. Trosclair with a sprayer to apply an herbicide known as 2,4-D, that is a different herbicide than glyphosate products or Roundup®-branded

Exhibit 7

herbicides. 3M Cattle never asked or directed Mr. Trosclair to use that sprayer to apply any glyphosate products or any Roundup®-branded herbicides.

7. 3M Cattle has no knowledge of Mr. Trosclair ever using glyphosate products or Roundup®-branded herbicides on 3M Cattle's premises.

8. 3M Cattle was not aware of any alleged concerns regarding the safety of glyphosate or Roundup®-branded herbicides until April 2019, when 3M Cattle was served with Mr. Trosclair's lawsuit against 3M Cattle and other defendants.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2019, in Luling, LA.

_Courtney Mongrue_
Courtney Mongrue