# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROLAND JOSEPH TROSCLAIR, JR.,
Plaintiff,

v.

MONSANTO COMPANY, et al,
Defendants.

## DECLARATION OF ROLAND TROSCLAIR

I, Roland Joseph Trosclair, Jr., declare as follows:

1. I am the plaintiff in the above captioned matter. As such, I have personal knowledge of the allegations contained in the Petition.

2. I confirm the allegations contained within the Petition are true and correct to the best of my knowledge.

3. Specifically, from 2012 until 2018, I sprayed herbicide at 3M Cattle property, using a backpack sprayer provided by 3M Cattle. The sprayer and the herbicide were provided by Wade Mongrue and Courtney Mongrue. The herbicide was contained in a white Roundup Pro jug. I understood the herbicide to be Roundup.

4. Additionally, 3M received Roundup herbicide from Mr. Randy Jacobs, an employee at the Monsanto glyphosate plant in Luling, Louisiana. On at least one occasion, I traveled to Mr. Jacobs' home to retrieve herbicide from his garage. On other occasions, the herbicide was collected from other Monsanto employees by Wade Mongrue of 3M Cattle. The herbicide which came from Mr. Jacobs was supposedly Roundup from the Luling plant.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed in St. Charles Parish, Louisiana, on May 27th, 2019

Roland Joseph Trosclair, Jr.