# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD JOSEPH TROSCLAIR, JR., | * CIVIL ACTION NO.: 2:19-cv-10689-CJB-MDN |
| Plaintiff, | |
| VERSUS | |
| | * JUDGE: CARL BARBIER |
| MONSANTO COMPANY; MONSANTO COMPANY MANUFACTURING FACILITY; XL BERMUDA, LTD.; CATLIN INSURANCE SERVICES, INC.; T.H.E. INSURANCE COMPANY; 3M CATTLE, LLC; and RANDY JACOBS, | * MAGISTRATE JUDGE: MICHAEL NORTH |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SECOND DECLARATION OF RANDY JACOBS

I, Randy Jacobs, declare as follows:

1. I submit this declaration to correct and respond to misstatements made in the declaration provided by plaintiff Ronald Joseph Trosclair, Jr. in support of his Motion to Remand. The statements set forth below are based on my personal knowledge.

2. Mr. Trosclair has never retrieved any type of herbicide from my garage (at least, not while I was present).

3. To my knowledge, Mr. Trosclair has never been at my home or on my property.

4. I have never given or provided any Roundup®-branded products or glyphosate products to Wade Mongrue, Courtney Mongrue, or anyone else working at or for 3M Cattle, LLC (or connected with 3M Cattle, LLC).

5. During my entire period of employment by Monsanto Company, I was never assigned or delegated, as a job duty, the distribution of Roundup®-branded products or glyphosate

products. While employed by Monsanto, I was never assigned or delegated, as a job duty, the responsibility for dealing with or interacting with purchasers or users of Roundup®-branded products or glyphosate products.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Luling, Louisiana on June 10, 2019

_____
Randy Jacobs