# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROLAND JOSEPH TROSCLAIR, JR. | CIVIL ACTION NO.: 2:19-CV-10689 |
| Plaintiff, | JUDGE: CARL BARBIER |
| v. | MAGISTRATE JUDGE: MICHAEL NORTH |
| MONSANTO COMPANY, et al. | |
| Defendant. | JURY TRIAL DEMANDED |

# SUPPLEMENTAL DECLARATION OF
# ROLAND JOSEPH TROSCLAIR, JR.

I, Roland Joseph Trosclair, Jr., declare as follows:

1. I took the photograph of the jug of Potassium Phosphate attached as Exhibit 1 to this Declaration. The jug was located on the 3M farm when I took the photograph in mid-February of 2019. The Potassium Phosphate jug in this photograph is representative of the kind of jugs containing chemicals that 3M gave me to use as an herbicide for killing weeds on the 3M farm. I understood these jugs to contain highly concentrated Roundup, which I used to kill weeds on the 3M farm.

2. On at least one occasion, I accompanied Wade Mongrue to the home of Randy Jacobs. We collected a jug similar to the jug shown in Exhibit 1. It was my understanding that the jug contained highly concentrated Roundup herbicide. I used it to kill weeds, and it was effective.

3. I took the photograph of the jug of Ranger PRO Herbicide attached as Exhibit 2 to this Declaration. The jug was located on the 3M farm when I took the photograph

in mid-February of 2019. The Ranger PRO jug in this photograph is representative of the type of jugs of Roundup that 3M gave me, which I then used to kill weeds on the 3M farm.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Luling, Louisiana on June 13, 2019.

_____
Roland Joseph Trosclair, Jr.

# EXHIBIT 1



# EXHIBIT 2




GROUP 9 HERBICIDE

21225NS-4M

# Ranger PRO Herbicide

Ranger PRO® herbicide is a complete broad-spectrum postemergence professional herbicide for industrial, turf and ornamental use.

AVOID CONTACT OF HERBICIDE WITH FOLIAGE, STEMS, EXPOSED NON-WOODY ROOTS OR FRUIT OF CROPS, DESIRABLE PLANTS AND TREES, BECAUSE SEVERE INJURY OR DESTRUCTION IS LIKELY TO RESULT.

Read the entire label before using this product. Use only according to label instructions.

Not all products listed in this label are registered for use in California. Check the registration status of each product in California before using.

Read the "LIMIT OF WARRANTY AND LIABILITY" statement at the end of the label before buying or using. If terms are not acceptable, return at once unopened.

THIS IS AN END-USE PRODUCT. MONSANTO DOES NOT INTEND AND HAS NOT REGISTERED IT FOR REFORMULATION. SEE INDIVIDUAL CONTAINER LABEL FOR REPACKAGING LIMITATIONS.

**ACTIVE INGREDIENT:**
*Glyphosate, N-(phosphonomethyl)glycine, in the form of its isopropylamine salt .................. 41.0%
OTHER INGREDIENTS (including surfactant): .................. 59.0%
100.0%

*Contains 480 grams per liter or 4 pounds per U.S. gallon of the active ingredient glyphosate, in the form of its isopropylamine salt. Equivalent to 356 grams per liter or 3 pounds per U.S. gallon of the acid, glyphosate.

EPA Est. 524-IA-1
EPA Reg. No. 524-517

Packed For:
MONSANTO COMPANY
800 N. LINDBERGH BLVD.
ST. LOUIS, MISSOURI, 63167 USA
©2015
012510

Keep out of reach of children
**CAUTION!** See inside for additional Precautions and First Aid.

NET 2.5 GAL