**LUNDY, LUNDY, SOILEAU & SOUTH, LLP**
Hunter W. Lundy, LA SBN 8938
Email: hlundy@lundylawllp.com
Matthew E. Lundy, LA SBN 18988
Email: mlundy@lundylawllp.com
Rudie R. Soileau, LA SBN 2119
Email: rudiesoileau@gmail.com
Jackey W. South, LA SBN 21125
Email: jsouth@lundylawllp.com
Kristie M. Hightower, LA SBN 31782
Email: khightower@lundylawllp.com
501 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-0707
Facsimile:  (337) 439-1029

**MORRIS BART, LLC**
Morris Bart III, LA SBN 2788
Email: morrisbart@morrisbart.com
Betsy J. Barnes, LA SBN 19473
Email: bbarnes@morrisbart.com
John C. Enochs, LA SBN 22774
Email: jenochs@morrisbart.com
Richard L. Root, LA SBN 19988
Email: rroot@morrisbart.com
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 599-3308
Facsimile:   (833) 277-4214

*Attorneys for Plaintiff, Roland Trosclair Jr.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 16-MDL-2741-VC |
| THIS DOCUMENT RELATES TO: *Roland Joseph Trosclair Jr. v. Monsanto Co.*, et al. Case No. 19-cv-6396-VC | **DECLARATION OF HUNTER W. LUNDY IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND** |

I, Hunter W, Lundy, declare and state:

1. I am an attorney admitted to practice before all of the courts in the state of Louisiana. I am an attorney at Lundy, Lundy, Soileau & South, LLP, attorneys of record for Plaintiff. I am over eighteen years of age and am fully competent to make this Declaration. Except as otherwise expressly stated below, I have personal knowledge of the facts stated in this

declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the declaration of Arthur Kelm, as executed on July 5, 2019.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 17, 2019 in Lake Charles, Louisiana.

Dated: October 17, 2019                                   Respectfully submitted,


                                        By:  s/ Hunter W. Lundy
                                              HUNTER W. LUNDY,
                                              Declarant