# EXHIBIT 1

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: Roundup Products Liability Litigation  )
)
) MDL Docket No. 2741
*Trosclair v. Monsanto Company, et al.* )
2:19-cv-10689-CBJ-MBN )
)

# DECLARATION OF ARTHUR O. KELM

I, Arthur Kelm, declare as follows:

1. I reside at 109 Davis Drive in Luling, Louisiana, which is approximately one-half mile from the Monsanto Luling Plant.

2. The statements set forth in this declaration are based on my personal knowledge.

3. In or about 1995, a neighbor and a previous employee of Monsanto Luling Plant noticed me working in my yard and applying herbicide.

4. A neighbor offered to provide herbicide that would be more effective, a concentrated Roundup® product, which he referred to as "the good stuff" and "real deal" Roundup®.

5. A neighbor provided concentrated Roundup® product to me obtained from the Monsanto Luling Plant from approximately 1995 until in or about 2004.

6. It is my understanding that the "good stuff" provided to me by my neighbor came from the production line before dilution occurred.

7. The concentrated Roundup® product was provided to me in repurposed Ocean Spray juice bottles.

8. I applied the concentrated Roundup® product at my residence in Luling, Louisiana and around the property at my business located in Boutte, Louisiana.

9. The concentrated Roundup® product worked really well. It worked better than the Roundup® I used previously which was purchased at Hardman's, Wal-Mart, Home Depot, and other retailers.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Luling, Louisiana, on July 5, 2019.

_____
Arthur O. Kelm

2