# EXHIBIT 2



(https://www.sos.la.gov/Pages/default.aspx)

Search for Louisiana Business Filings

To file amendments, such as an annual report, please navigate to geauxBIZ (https://geauxBIZ.sos.la.gov). If this is your first visit to geauxBIZ,
you can create an account, and then click Add Existing Business to associate a business, view business details, and file amendments.

[ Buy Certificates and Certified Copies ] [ Subscribe to Electronic Notification ] [ Print Detailed Record ]

| Name | Type | City | Status |
|---|---|---|---|
| MONSANTO COMPANY | Business Corporation (Non-Louisiana) | WILMINGTON | Active |

**Previous Names**
**Business:** MONSANTO COMPANY
**Charter Number:** 34988365F
**Registration Date:** 9/18/2000

**Domicile Address**
    1209 ORANGE STREET
    WILMINGTON, DE 19801

**Mailing Address**
    800 N. LINDBERGH BLVD.
    TAX DEPT. - G5EE
    ST. LOUIS, MO 63167

**Principal Business Office**
    800 N. LINDBERGH BLVD.
    ST. LOUIS, MO 63167

**Registered Office in Louisiana**
    501 LOUISIANA AVENUE
    BATON ROUGE, LA 70802

**Principal Business Establishment in Louisiana**
    HIGHWAY 18 RIVER RD.
    LULING, LA 70070

**Status**
**Status:** Active
**Annual Report Status:** In Good Standing
**Qualified:** 9/18/2000
**Last Report Filed:** 8/21/2019
**Type:** Business Corporation (Non-Louisiana)

**Registered Agent(s)**

| | |
|---|---|
| Agent: | CORPORATION SERVICE COMPANY |
| Address 1: | 501 LOUISIANA AVENUE |
| City, State, Zip: | BATON ROUGE, LA 70802 |
| Appointment Date: | 5/28/2004 |

**Officer(s)**             **Additional Officers: No**

| | |
|---|---|
| Officer: | PHIL GNOLFO |
| Title: | Treasurer |
| Address 1: | 800 N LINDBERGH BLVD |
| City, State, Zip: | ST. LOUIS, MO 63167 |
| Officer: | BRETT BEGEMANN |
| Title: | President |
| Address 1: | 800 N LINDBERGH BLVD |
| City, State, Zip: | ST. LOUIS, MO 63167 |
| Officer: | MARIO JOSEPH |
| Title: | Vice-President |
| Address 1: | 800 N LINDBERGH BLVD |
| City, State, Zip: | ST. LOUIS, MO 63167 |
| Officer: | MICHAEL SCHULZ |
| Title: | Director |
| Address 1: | 800 N LINDBERGH BLVD |
| City, State, Zip: | ST. LOUIS, MO 63167 |
| Officer: | SCOTT PARTRIDGE |
| Title: | Secretary |
| Address 1: | 800 N LINDBERGH BLVD |
| City, State, Zip: | ST. LOUIS, MO 63167 |
| Officer: | BRIAN BRANCA |
| Title: | Treasurer |
| Address 1: | 800 N LINDBERGH BLVD |
| City, State, Zip: | ST. LOUIS, MO 63167 |
| Officer: | JAMES CARRINGTON |
| Title: | Director |
| Address 1: | 800 N LINDBERGH BLVD |
| City, State, Zip: | ST. LOUIS, MO 63167 |
| Officer: | JAMES SWANSON |
| Title: | Director |
| Address 1: | 800 N LINDBERGH BLVD |
| City, State, Zip: | ST. LOUIS, MO 63167 |
| Officer: | PETER FLORY |
| Title: | Director |
| Address 1: | 800 N LINDBERGH BLVD |
| City, State, Zip: | ST. LOUIS, MO 63167 |
| Officer: | PHILIP BLAKE |
| Title: | Director |
| Address 1: | 800 N LINDBERGH BLVD |
| City, State, Zip: | ST. LOUIS, MO 63167 |

**Amendments on File (3)**

| Description | Date |
|---|---|
| Stmt of Chg or Chg Prin Bus Off | 5/28/2004 |
| Stmt of Chg or Chg Prin Bus Off | 12/28/2015 |
| Disclosure of Ownership | 9/2/2016 |

**Back to Search Results**  **New Search**  **View Shopping Cart**

© 2019 Louisiana Department of State

GET HELP