# EXHIBIT 3

| | |
|---|---|
| **WILKINSON WALSH + ESKOVITZ LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonwalsh.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonwalsh.com)<br>2001 M Street, NW, 10th Floor<br>Washington, DC 20036<br>Tel: 202-847-4030<br>Fax: 202-847-4005 | **ARNOLD & PORTER KAYE SCHOLER LLP**<br>William Hoffman (*pro hac vice*)<br>(william.hoffman@arnoldporter.com)<br>Daniel S. Pariser (*pro hac vice*)<br>(daniel.pariser@arnoldporter.com)<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Tel: 202-942-5000<br>Fax: 202-942-5999 |

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Trosclair v. Monsanto Co., et al.*,<br>Case No. 3:19-cv-06396-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF WADE MONGRUE IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>Date: November 21, 2019<br>Time: 10:00 a.m.<br>Courtroom: 4 |

### **DECLARATION OF WADE MONGRUE**

I, Wade Mongrue, am an operator, officer, and registered agent of 3M Cattle, L.L.C. ("3M Cattle"). I make this declaration on personal knowledge I obtained in that capacity.

1. 3M Cattle is a Louisiana limited liability company with its domicile address in Luling, Louisiana in the parish of St. Charles.

---

DECLARATION OF WADE MONGRUE
3:16-md-02741-VC & 3:19-cv-06396-VC

2. 3M Cattle has no paid employees.

3. I have been an operator, officer, and registered agent of 3M Cattle since that company's inception in 2003.

4. I do not recall ever visiting the home or garage of Randy Jacobs with Roland Joseph Trosclair, Jr. In any event, 3M Cattle has never received glyphosate products or Roundup®-branded herbicides from Randy Jacobs or any other individual affiliated with Monsanto Company or Monsanto Company's Luling Plant.

5. 3M Cattle has never asked or directed Roland Joseph Trosclair, Jr. to use glyphosate-containing products or Roundup®-branded herbicides.

6. 3M Cattle has never provided Mr. Trosclair with glyphosate-containing herbicides or Roundup®-branded products.

7. Although 3M Cattle provided Mr. Trosclair with a sprayer to apply an herbicide known as 2,4-D, that is a different herbicide than glyphosate products or Roundup®-branded herbicides. 3M Cattle never asked or directed Mr. Trosclair to use that sprayer to apply any glyphosate-containing products or any Roundup®-branded herbicides.

8. 3M Cattle has no knowledge of Mr. Trosclair ever using glyphosate-containing products or Roundup®-branded herbicides on 3M Cattle's premises.

9. 3M Cattle was not aware of any alleged concerns regarding the safety of glyphosate or Roundup®-branded herbicides until April 2019, when 3M Cattle was served with Mr. Trosclair's lawsuit against 3M Cattle and other defendants.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 28, 2019, in Luling, LA.

*Wade Mongrue*
Wade Mongrue