UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Susan Y. Soong  General Court Number
Clerk of Court  415-522-2000

November 20, 2019

29th Judicial District Court St. Charles Parish LA
15045 River Road
Hahnville, LA 70057

RE:  Roland Joseph Trosclair v.  Monsanto Company, et al.
      19-cv-06396-VC

Your Case Number:  86,054

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒  Certified original and one copy of this letter

☒  Certified copy of docket entries

☒  Certified copy of Remand Order

☐  Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Susan Y. Soong, Clerk

*Felicia Brown*
by:  Felicia Brown
Case Systems Administrator
415-522-2000